___ FILED   ___ RECEIVED
___ ENTERED ___ SERVED ON
            COUNSEL/PARTIES OF RECORD

AUG 1 4 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
                    DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>LEQUAN HARRISON,<br><br>    Defendant. | Case No.: 2:13-cr-124-APG-PAL<br><br>**ORDER**<br><br>**Re: Physical Restraints** |

Prior to the hearing on Defendant's Initial Appearance on August 14, 2017, the undersigned made an individualized determination that there are compelling reasons for the safety of others and to prevent escape that Defendant should be placed in leg restraints during the motion hearing. This decision is based on Defendant's prior criminal history which includes a conviction for assault/battery with and without a weapon; weapons offense and a robbery charge, a revocation of Defendant's supervised release, and alleged possession of illegal narcotics and firearms. Defendant is charged in the instant petition with felon in possession of a firearm.

**IT IS SO ORDERED.**

DATED this 14th day of August, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge